| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:01-CR-126-03 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 05-CR-10247 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Daniel Mejia<br><br>91 Evergreen Dr.<br><br>Haverhill, MA 01835 | Vermont | Criminal |
| | NAME OF SENTENCING JUDGE<br>Hon. J. Garvan Murtha | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 5/13/2005 — TO 5/12/2007 |

| OFFENSE |
|---|
| Conspiracy to Distribute & Possess With Intent to Distribute Marijuana<br>21 U.S.C. § 846, 841(a)(1), (b)(1)(D) |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Judicial___ DISTRICT OF ___Vermont___

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Massachusetts   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

___8/18/05___     *(signature)*
Date              United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Judicial___ DISTRICT OF ___Massachusetts___

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

___Sept 7 2005___     ___William G. Young___
Effective Date        United States District Judge